1  ROBERT G. GAZLEY, Bar #165931
   Designated Counsel for Service
2  18685 Main Street
   Suite A; PMB 221
3  Huntington Beach, California 92648
   Telephone: (714) 375-0628
4

5  Attorney for Defendant
   KEITH BROTEMARKLE
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) No. 2:08-cr-0116 FCD
                                )
12              Plaintiff,      )
                                ) DEFENDANT'S WAIVER OF APPEARANCE
13      v.                      )
                                ) Judge: Honorable Frank C. Damrell, Jr.
14 CHARLES HEAD, et al.,        )
                                )
15              Defendants.     )
   _____ )
16

17      Pursuant to Fed.R.Crim.P. 43, defendant, KEITH BROTEMARKLE, hereby
18 waives the right to be present in person in open court upon the hearing
19 of any motion or other proceeding in this case, including, but not
20 limited to, when the case is set for trial, when a continuance is
21 ordered, and when any other action is taken by the Court before or
22 after trial, except upon arraignment, initial appearance, trial
23 confirmation hearing, entry of plea, and every stage of trial including
24 verdict, impanelment of jury and imposition of sentence.
25      Defendant hereby requests the Court to proceed during every
26 absence of his which the Court may permit pursuant to this waiver and
27 agrees that his interests will be deemed represented at all times by
28 the presence of his attorney, the same as if the defendant were

personally present.  Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in his absence.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays under that Act without his personal presence.

Dated: April 23, 2008

      /s/ Keith Brotemarkle
KEITH BROTEMARKLE
(Original retained by attorney)

I concur in Mr. Brotemarkle's decision to waive his presence at future proceedings.

Dated:   April 22, 2008            Respectfully submitted,

                                   ROBERT G. GAZLEY
                                   Attorney at Law

                                   /s/ Robert G. Gazley
                                   Attorney for Defendant
                                   KEITH BROTEMARKLE

IT IS SO ORDERED.

Dated: April 23, 2008

                                   _____
                                   FRANK C. DAMRELL, JR
                                   United States District Judge