LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                    Plaintiff,              )<br>                                                          )<br>            v.                                        )<br>                                                          )<br>CHARLES HEAD, et al.,                )<br>                                                          )<br>                    Defendants.         )<br>_____) | No. Cr. S-08-116 FCD<br><br>WAIVER OF DEFENDANT<br>CHARLES HEAD'S<br>PERSONAL APPEARANCE<br>AT ARRAIGNMENT ON THE<br>SUPERSEDING INDICTMENT |

      Pursuant to Federal Rules of Criminal Procedure, Rule 10(b), I, Charles Head, hereby waives my personal appearance at the arraignment on the Superseding Indictment in this case to be held on Friday, March 5, 2010 before the Honorable Edmund F. Brennan.

      I hereby acknowledge and understand that I have the absolute right to appear personally with my attorney before a judicial officer for arraignment in open court on the above-referenced Superseding Indictment. I further understand that absent the present waiver of appearance, I must appear before this Court as directed.

      I affirm that I have received a copy of the Superseding Indictment and that I voluntarily, knowingly, and intentionally waive a formal reading of the Superseding Indictment in open court, and I hereby enter a plea of not guilty to all counts and demand a jury trial.

      I further agree that my interest will be deemed represented at all times by the presence of my attorney, the same as if I were personally present, and further agree to be present in court

- 1 -

1 ready for the trial confirmation hearing, jury selection, and jury trial at any day and hour the
2 Court may fix in my absence.
3     I further acknowledge that I have been fully informed of all my legal rights under Title
4 18 U.S.C. §§ 3161-3174 (the Speedy Trial Act) and authorize my attorney to set times and
5 delays under the Speedy Trial Act without my being present.

DATED: March 3, 2010      I consent to the above waiver of presence.

 /s/ Charles Head
CHARLES HEAD

651 I Street
Address

Sacramento, CA 95814
City/State/Zip

DATED: March 3, 2010      I agree to the above waiver of presence.

 /s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Charles Head

DATED: March 3, 2010      I approve the above waiver of presence.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

- 2 -