1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   1050 Fulton Avenue, Suite 218
3  Sacramento, California 95825
   Telephone: (916) 482-4545
4  Facsimile:  (916) 482-4550
   Email: tedmonlaw@comcast.net

5
   Attorney for Defendant
6  CHARLES HEAD

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )    No. Cr. S-08-116 FCD
12                   Plaintiff,        )
                                       )
13          v.                         )    WAIVER OF DEFENDANT
                                       )    CHARLES HEAD'S
                                       )    PERSONAL APPEARANCE
14  CHARLES HEAD, et al.,              )    AT ARRAIGNMENT ON THE
                                       )    SUPERSEDING INDICTMENT
15                   Defendants.       )
    _____)

16

17          Pursuant to Federal Rules of Criminal Procedure, Rule 10(b), I, Charles Head, hereby

18  waives my personal appearance at the arraignment on the Superseding Indictment in this case

19  to be held on Friday, March 5, 2010 before the Honorable Edmund F. Brennan.

20          I hereby acknowledge and understand that I have the absolute right to appear personally

21  with my attorney before a judicial officer for arraignment in open court on the above-referenced

22  Superseding Indictment.  I further understand that absent the present waiver of appearance, I

23  must appear before this Court as directed.

24          I affirm that I have received a copy of the Superseding Indictment and that I voluntarily,

25  knowingly, and intentionally waive a formal reading of the Superseding Indictment in open

26  court, and I hereby enter a plea of not guilty to all counts and demand a jury trial.

27          I further agree that my interest will be deemed represented at all times by the presence

28  of my attorney, the same as if I were personally present, and further agree to be present in court

                                    - 1 -

1  ready for the trial confirmation hearing, jury selection, and jury trial at any day and hour the

2  Court may fix in my absence.

3     I further acknowledge that I have been fully informed of all my legal rights under Title

4  18 U.S.C. §§ 3161-3174 (the Speedy Trial Act) and authorize my attorney to set times and

5  delays under the Speedy Trial Act without my being present.

7  DATED: March 3, 2010        I consent to the above waiver of presence.

8                    /s/ Charles Head
                     CHARLES HEAD

10                   651 I Street
                     Address

11                   Sacramento, CA 95814
                     City/State/Zip

13  DATED: March 3, 2010        I agree to the above waiver of presence.

15                   /s/ Scott L. Tedmon
                     SCOTT L. TEDMON
                     Attorney for Defendant Charles Head

17  DATED: March 3, 2010        I approve the above waiver of presence.

20                   EDMUND F. BRENNAN
                     UNITED STATES MAGISTRATE JUDGE