1   LAW OFFICES OF SCOTT L. TEDMON
    A Professional Corporation
2   SCOTT L. TEDMON, CA. BAR # 96171
    1050 Fulton Avenue, Suite 218
3   Sacramento, California 95825
    Telephone: (916) 482-4545
4   Facsimile:  (916) 482-4550
    Email: tedmonlaw@comcast.net
5
    Attorney for Defendant
6   CHARLES HEAD

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,            )
11                                       )
                      Plaintiff,         )     Case No.: CR. S-08-093 FCD
12                                       )               CR. S-08-116 FCD
                                         )
13                                       )     STIPULATION AND ORDER
             v.                          )     RE: LIMITATION ON THE
14                                       )     MAGISTRATE'S REVIEW OF THE
    CHARLES HEAD, et al.,                )     RECORD AND PRIOR FILINGS
15                                       )     RELATING TO THE BAIL HEARING
                      Defendants.        )     OF DEFENDANT CHARLES HEAD
16   _____)

17          The United States of America, through Assistant U.S. Attorney Ellen V. Endrizzi, and

18   defendant Charles Head, through his counsel Scott L. Tedmon, hereby stipulate that as to the bail

19   motion and detention hearing set for April 8, 2010 relating to defendant Charles Head, the

20   Magistrate Judge presiding over the hearing shall only review and consider the following:

21          1. The pleadings, transcripts, docket entries, and pretrial service reports directly relating to

22   the current bail motion of defendant Charles Head pending before the Court.

23          2. Regarding prior detention hearings for defendant Charles Head, the Magistrate Judge is

24   specifically limited to reviewing the pleadings, transcripts, docket entries, and pretrial services

25   reports from the following prior detention hearings:

26                 March 21, 2008 - Central District of California

27                 April 3, 2008 - Eastern District of California

28          Other than what is specifically listed above, no pleadings, exhibits, documents, written

                                          - 1 -

1  arguments, oral arguments, pretrial services reports, court orders, docket entries, or other material

2  relating to defendant Charles Head shall be considered by the Magistrate Judge at the April 8, 2010

3  hearing on the issue of detention.

4       In the same regard, as it relates to past pretrial services reports, the Pretrial Services Office

5  shall only provide the Magistrate Judge with pretrial services reports generated for the following

6  detention hearings of defendant Charles Head:

7       March 21, 2008 - Central District of California

8       April 3, 2008 - Eastern District of California

9       Any new pretrial services report prepared specifically for defendant Charles Head's April

10  8, 2010 detention hearing shall only reference the past pretrial services reports listed above.

11  **IT IS SO STIPULATED.**

12  DATED: April 1, 2010           BENJAMIN B. WAGNER
United States Attorney

13

14                      /s/ Ellen V. Endrizzi
ELLEN V. ENDRIZZI
Assistant U.S. Attorney

15

16  DATED: April 1, 2010           LAW OFFICES OF SCOTT L. TEDMON

17                      /s/ Scott L. Tedmon
SCOTT L. TEDMON

18                      Attorney for Defendant Charles Head

19

20

21

22

23

24

25

26

27

28

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that as to the bail motion and detention hearing set for April 8, 2010 relating to defendant Charles Head, the Magistrate Judge presiding over the hearing shall only review and consider the following:

1. The pleadings, transcripts, docket entries, and pretrial service reports directly relating to the current bail motion of defendant Charles Head pending before the Court.

2. Regarding prior detention hearings for defendant Charles Head, the Magistrate Judge is specifically limited to reviewing the pleadings, transcripts, docket entries, and pretrial services reports from the following prior detention hearings:

March 21, 2008 - Central District of California

April 3, 2008 - Eastern District of California

Other than what is specifically listed above, no pleadings, exhibits, documents, written arguments, oral arguments, pretrial services reports, court orders, docket entries, or other material relating to defendant Charles Head shall be considered by the Magistrate Judge at the April 8, 2010 hearing on the issue of detention.

In the same regard, as it relates to past pretrial services reports, the Pretrial Services Office shall only provide the Magistrate Judge with pretrial services reports generated for the following detention hearings of defendant Charles Head:

March 21, 2008 - Central District of California

April 3, 2008 - Eastern District of California

Any new pretrial services report prepared specifically for defendant Charles Head's April 8, 2010 detention hearing shall only reference the past pretrial services reports listed above.

**IT IS SO ORDERED.**

DATED: April 2, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE