LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S-08-093 FCD |
| Plaintiff, ) | No. Cr. S-08-116 FCD |
| ) | |
| ) | STIPULATION AND |
| ) | ORDER CONTINUING HEARING |
| ) | RE: CHARLES HEAD BAIL REVIEW |
| CHARLES HEAD, et al., ) | |
| ) | |
| Defendants. ) | |

The United States of America, through Assistant U.S. Attorney Ellen V. Endrizzi, and defendant Charles Head, through his counsel Scott L. Tedmon, hereby stipulate that the bail review hearing set for Tuesday, April 20, 2010 at 11:00 a.m., be continued to Thursday, April 29, 2010 at 10:00 a.m. before United States Magistrate Judge Kimberly J. Mueller.

Since the date of the last bail hearing, the government, defense counsel, and Pretrial Services Officer Gina Faubion have been earnestly working on the issue of defendant Charles Head's bail. However, all parties need additional time in order to be fully prepared at the hearing on this matter. Therefore, government and defense counsel stipulate it is appropriate to continue the current bail review hearing to Thursday, April 29, 2010 at 10:00 a.m.  Pretrial Services Officer Gina Faubion concurs in this request.

- 1 -

Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: April 15, 2010                    BENJAMIN B. WAGNER
                                         United States Attorney

                                          /s/ Ellen V. Endrizzi
                                         ELLEN V. ENDRIZZI
                                         Assistant U.S. Attorney


DATED: April 15, 2010                    LAW OFFICES OF SCOTT L. TEDMON

                                          /s/ Scott L. Tedmon
                                         SCOTT L. TEDMON
                                         Attorney for Defendant Charles Head


### ORDER

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Bail Review Hearing now scheduled for Tuesday, April 20, 2010 at 11:00 a.m., is hereby continued to Thursday, April 29, 2010 at 10:00 a.m., before United States Magistrate Judge Kimberly J. Mueller.

**IT IS SO ORDERED.**

DATED:  April 15, 2010.

_____
U.S. MAGISTRATE JUDGE