FILED
MAY 11 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:08-cr-93 FCD |
| Plaintiff, ) | 2:08-cr-116 FCD |
| v. ) | |
| ) | ORDER FOR RELEASE |
| CHARLES HEAD, ) | OF PERSON IN CUSTODY |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Charles Head</u> Case <u>2:08-cr-93 FCD and 2:08-cr-116 FCD</u> from custody at **8:30 a.m. on Thursday, May 13, 2010,** to the custody of Pretrial Services, subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_X_   Unsecured Appearance Bond in the amount of <u>$225,000.00, co-signed by Charles Head (Father); Joshua Head; Ezell McGee; Mattie McGee; Jose Illa; Emmanuel Burdoin and Iran "Chino" Berrios.</u>

_X_   Appearance Bond in the amount of <u>$88,000.00 (or the full equity), Secured by Real Property of Joshua Head and Oliver Connor.</u>

_X_   (Other) <u>Pretrial Conditions/Supervision and to the Third Party Custody of Charles Head (Father) and Georgetta Head.</u>

Issued at <u>Sacramento, CA</u> on <u>5/11/2010</u>   at   1:30 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge