LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile: (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr. S-08-093 FCD |
| Plaintiff, | Cr. S-08-116 FCD |
| v. | STIPULATION AND [PROPOSED] ORDER RE: DEFENDANT CHARLES HEAD TRAVEL AUTHORIZATION |
| CHARLES HEAD, et al., | |
| Defendants. | |

The United States of America, through Assistant U.S. Attorney Matthew C. Stegman, and defendant Charles Head, through his counsel Scott L. Tedmon, hereby stipulate as follows:

1. Defendant Charles Head is currently under Pretrial Supervision and subject to the GPS/Electronic Monitoring Program. As such, Pretrial Services is not allowed to authorized overnight stays without a Court order. As set forth below, the parties are requesting the Court to authorize an employment-related overnight stay for defendant Charles Head.

2. Defendant Charles Head is employed full time by Home Healthcare Group, Inc., located in Pittsburgh, Pennsylvania. It is requested that defendant Charles Head be allowed to travel from Pittsburgh, Pennsylvania to Camp Hill, Pennsylvania on Monday, October 25, 2010 to attend an employment-related conference being held at the Radisson Penn Harris Hotel and Convention Center.

- 1 -

1     3. As part of his need to attend the employment-related conference, it is requested that defendant Charles Head be allowed to stay overnight the evening of Monday, October 25, 2010 at the Radisson Penn Harris Hotel, Camp Hill, Pennsylvania.

    4. It is requested that defendant Charles Head be allowed to attend the employment-related conference on Tuesday, October 26, 2010. Upon completion of the conference on Tuesday, October 26, 2010, defendant Charles Head shall immediately return to his place of residence in Pittsburgh, Pennsylvania.

    U.S. Pretrial Services Officer Gina Faubion, Assistant United States Attorney Matthew C. Stegman on behalf of the government, and Scott L. Tedmon on behalf of defendant Charles Head jointly agree to the terms of this requested travel authorization.

**IT IS SO STIPULATED.**

DATED: October 22, 2010     BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Matthew C. Stegman
                                      MATTHEW C. STEGMAN
                                      Assistant U.S. Attorney

DATED: October 22, 2010     LAW OFFICES OF SCOTT L. TEDMON

                                      /s/ Scott L. Tedmon
                                      SCOTT L. TEDMON
                                      Attorney for Defendant Charles Head

1 **ORDER**

2 GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY
3 ORDERED that:

4 1. Defendant Charles Head is allowed to travel from Pittsburgh, Pennsylvania to Camp Hill,
5 Pennsylvania on Monday, October 25, 2010 to attend an employment-related conference being held
6 at the Radisson Penn Harris Hotel and Convention Center.

7 2. As part of his need to attend the employment-related conference, defendant Charles Head
8 is allowed to stay overnight the evening of Monday, October 25, 2010 at the Radisson Penn Harris
9 Hotel, Camp Hill, Pennsylvania..

10 3. Defendant Charles Head is allowed to attend the employment-related conference on
11 Tuesday, October 26, 2010. Upon completion of the conference on Tuesday, October 26, 2010,
12 defendant Charles Head shall immediately return to his place of residence in Pittsburgh,
13 Pennsylvania.

14 **IT IS SO ORDERED.**

16 DATED: October **22**, 2010                    _Dale A. Dy_____
                                                 UNITED STATES MAGISTRATE JUDGE

- 3 -