1   LAW OFFICES OF SCOTT L. TEDMON
    A Professional Corporation
2   SCOTT L. TEDMON, CA. BAR # 96171
    1050 Fulton Avenue, Suite 218
3   Sacramento, California 95825
    Telephone: (916) 482-4545
4   Facsimile:  (916) 482-4550
    Email: tedmonlaw@comcast.net
5
    Attorney for Defendant
6   CHARLES HEAD

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
               FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,          )
                                       )
12                  Plaintiff,         )    Case No.: Cr. S-08-093 KJM
                                       )               Cr. S-08-116 KJM
13          v.                         )
                                       )    STIPULATION AND
14                                     )    ORDER RE: MODIFICATION OF
                                       )    CONDITIONS OF SUPERVISED
15  CHARLES HEAD, et al.,              )    RELEASE FOR CHARLES HEAD
                                       )
16                  Defendants.        )
                                       )
17  _____)

18          The United States of America, through Assistant U.S. Attorney Matthew C. Stegman, and

19  defendant Charles Head, through his counsel Scott L. Tedmon, hereby stipulate as follows:

20          1.  On May 5, 2010, defendant Charles Head was ordered released by then-Magistrate Judge

21  Kimberly J. Mueller on bond totaling $313,000.  Mr. Head was released to the third-party custody

22  of his father, Charles Head, Sr., and his step-mother, Georgetta Head, who lives in Pittsburgh,

23  Pennsylvania.  In addition to the third-party custody provision, the Court imposed a condition to

24  include home confinement with electronic monitoring and a GPS tracking device along with curfew

25  as directed by Pretrial Services.  As an additional related condition,  the Court imposed a travel

26  restriction which stated that when Mr. Head travels on a direct flight, he is to be accompanied to the

27  airport security checkpoint by either his defense counsel or his third-party custodian.  This condition

28  went on to state that if Mr. Head travels on a non-direct flight, Mr. Head is to be personally

accompanied by either defense counsel or the third-party custodian throughout the duration of the flight.

2. Upon his release, Mr. Head traveled to Pittsburgh, Pennsylvania, where he resides with his father and step-mother, who are the third-party custodians. Pretrial Services Officer John Kuklar, who is supervising Mr. Head in Pittsburgh, reports that over the past eleven months, Mr. Head has complied with his pretrial release conditions, and has secured full-time employment with Home Healthcare Group, Inc., located in Pittsburgh, Pennsylvania. Pretrial Services Officer Kuklar also reports that Mr. Head has been compliant in his supervision and has been reporting to Pretrial Services. In light of Mr. Head's performance over the past eleven months, Pretrial Services Officer Kuklar and Pretrial Services Officer Gina Faubion, who is in charge of Mr. Head's case in Sacramento, agree it is no longer necessary to continue Mr. Head on home confinement, which includes electronic monitoring, GPS tracking and a curfew, or continue the air travel restrictions which require defense counsel or the third-party custodian to travel with Mr. Head. As such, both Mr. Kuklar and Ms. Faubion request that conditions 4 and 14 of the Mr. Head's Amended Special Conditions dated May 4, 2010 be removed.

3. Mr. Kuklar and Ms. Faubion request that all other conditions remain in full force and effect, with the exception that condition 1 of Mr. Head's Amended Special Conditions dated May 4, 2010 be modified to require that Mr. Head report **in person** to his Pretrial Services Officer on a **weekly basis** as directed by the Pretrial Services Agency. The parties have attached a copy of Pretrial Services proposed Second Amended Special Conditions of Release for the Court's review.

4. Defense counsel Scott L. Tedmon has reviewed all 13 conditions of Pretrial Services proposed Second Amended Special Conditions of Release with Mr. Head. Mr. Tedmon reports that Mr. Head understands, accepts, and agrees to abide by each and every proposed condition contained therein.

5. Based on the foregoing, Pretrial Services Officers Gina Faubion and John Kuklar, Assistant United States Attorney Matthew C. Stegman on behalf of the government, and Scott L. Tedmon on behalf of defendant Charles Head, jointly agree and stipulate to this request for modification of the conditions of pretrial release for defendant Charles Head. Further, all parties

1  confirm they have reviewed the attached Second Amended Special Conditions of Release and agree

2  to all 13 conditions contained therein.

3  **IT IS SO STIPULATED.**

4  DATED: March 28, 2011             BENJAMIN B. WAGNER
                                    United States Attorney

5
                                    /s/ Matthew C. Stegman
6                                   MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney
7
8  DATED: March 28, 2011             LAW OFFICES OF SCOTT L. TEDMON

                                    /s/ Scott L. Tedmon
9                                   SCOTT L. TEDMON
                                    Attorney for Defendant Charles Head
10

11                                  **<u>ORDER</u>**

12        GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY

13  ORDERED that:

14        1.  The request for modification of the Special Conditions of Release for defendant Charles

15  Head is GRANTED.

16        2.  The attached Second Amended Special Conditions of Release are adopted by this Court

17  and are ordered filed.  The Second Amended Special Conditions of Release supersede all previous

18  conditions of release for defendant Charles Head and are effective immediately.

19        3.  A copy of this Order, along with the attached Second Amended Special Conditions of

20  Release is to be provided to defendant Charles Head.  Pretrial Services Officer John Kuklar shall

21  personally review this Order and the Second Amended Special Conditions of Release with Mr. Head,

22  and then secure Mr. Head's signature confirming that Mr. Head understands each condition, accepts

23  each condition, and agrees to abide by each condition.

24  **IT IS SO ORDERED.**

25

26  DATED: March __29__, 2011          /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE
27

28