```
BARRY MORRIS, State Bar No. 48368
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone:  925.934.1100
Facsimile:     925.934-1122

Attorney for Defendant
CHARLES HEAD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br><br>CHARLES HEAD, et. al.<br><br>　　　　　　Defendants. | )  Case No. 2:08-CR-093-KJM<br>)  Case No. 2:08-CR-116-KJM<br>)<br>)  **APPLICATION TO EXONERATE**<br>)  **BAIL AND [PROPOSED] ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　Defendant, CHARLES HEAD, by and through undersigned counsel, applies for an order from this court exonerating the bail posted to secure his release in the above-entitled cases. Defendant is making this application on the ground that the lien in favor of the Clerk of Court on the real property posted to secure defendant's release has not been extinguished and remains a cloud on title.

Dated:  April 30, 2015　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/  Barry Morris
　　　　　　　　　　　　　　　　　　BARRY L. MORRIS
　　　　　　　　　　　　　　　　　　Attorney for Charles Head

**[PROPOSED] ORDER**

GOOD CAUSE having been shown, IT IS HEREBY ORDERED that the bail posted in case number 2:08-CR-093-LKM and in case number 2:08-CR-116-KJM to secure the defendant's release is EXONERATED.

DATED: _____, 2015

_____
KIMBERLY J. MUELLER
United States District Judge