UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:08-cr-0116 KJM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| CHARLES HEAD, | |
| Defendant. | |

In December 2013, a jury convicted defendant Charles Head of multiple counts of mail fraud and conspiracy to commit mail fraud in two related criminal cases. *See* Case Nos. 2:08-cr-093-KJM (*Head I*) and 2:08-cr-116-KJM (*Head II*). He was sentenced in both cases on September 3, 2014, to a total term of 420 months imprisonment, which he is now serving. *Head I*, ECF No. 977; *Head II*, ECF No. 581. Mr. Head has filed a § 2255 motion to vacate his conviction in both cases. *Head I*, ECF No. 1617; *Head II*, ECF No. 861. In this case, *Head II*, Mr. Head has filed a request for permission to proceed *in forma pauperis* (IFP) with his case. ECF No. 859 ("Application").[1]

/////

/////

---

[1] Mr. Head has not filed the same application in *Head I*, and so the court addresses only the one application here.

A party instituting a civil action in a United States district court, except for an application for a writ of habeas corpus, must pay a filing fee of $400.00 and cover the costs of the action proceedings, including service. 28 U.S.C. § 1914. A § 2255 motion, however, is not considered a civil action, but rather a "further step in the movant's criminal case," which does not require a filing fee. *United States v. Frady*, 456 U.S. 152, 182 n.6 (1982) (quoting 28 U.S.C. § 2255 R.1 advisory committee's note to 1976 adoption); *see also* 28 U.S.C. § 2255 R.3 advisory committee's note to 1979 amendment ("[T]here is no need to have a forma pauperis affidavit to proceed with the action since there is no requirement of a fee for filing the motion . . . ."). Therefore, defendant's request for permission to proceed *in forma pauperis*, ECF No. 859, is DENIED as moot.

IT IS SO ORDERED.

DATED: April 29, 2019.

_____
UNITED STATES DISTRICT JUDGE