UNITED STATES DISTRICT COURT

EASTERN DISTRICT- OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES HEAD,<br><br>Defendant. | No. 2:08-cr-0093-KJM |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES HEAD,<br><br>Defendant. | No. 2:08-cr-0116-KJM<br><br>ORDER |

Defendant Charles Head is a prisoner proceeding pro se with counsel appointed for a limited purpose in two related cases: Case No. 2:08-cr-0093 and Case No. 2:08-cr-00116. The court appointed counsel, Daniel Lars Olsen, for the limited purpose of assisting Head in obtaining files from his former trial counsel in compliance with the rules in effect in Head's federal custodial facility and redacted to protect personal identifying information contained in the

1

1 | discovery. *See* Notice of CJA Appointment, ECF No. 1623[1] (ECF No. 885); Def.'s Response to
2 | Court's Request, ECF No. 1632; Mot. for Clarification, ECF No. 1631. Mr. Olsen has now filed
3 | a motion to withdraw as limited appointment attorney on the basis that the task for which he was
4 | appointed has been completed. Mot. to Withdraw, ECF No. 1666 (ECF No. 912). The motion is
5 | based on an attached declaration from Mr. Olsen, which states "I was able to get a protective
6 | order in place and send Mr. Head a partially redacted copy of the one million pages of discovery."
7 | Mot. to Withdraw at 1. The motion to withdraw is GRANTED.

IT IS SO ORDERED.

DATED: November 13, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] For ease of reference, the court cites to the docket entry in Case No. 08-cr-0093. Identical filings appear on the docket for Case No. 08-cr-00116 on the same dates. Where necessary, the court notes the corresponding docket number for the latter case in parentheses.