UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES HEAD,<br><br>    Defendant. | No. 2:08-cr-0093 KJM AC |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES HEAD,<br><br>    Defendant. | No. 2:08-cr-0116 KJM AC<br><br>ORDER |

Defendant Charles Head, a federal prisoner proceeding pro se with post-conviction challenges under 28 U.S.C. § 2255 in both of the above-captioned cases, has filed a motion requesting authorization of CJA office assistance in both cases. Head I, No. 2:08-cr-0093 KJM AC, ECF No. 1672; Head II, No. 08-cr-0116 KJM AC, ECF No. 920. Defendant seeks assistance related to various requests for discovery and CJA funding that were pending when defendant

1

submitted the instant motion.  In light of the November 22, 2019 order denying movant's various requests for discovery and ancillary services under the CJA (Head I, No. 2:08-cr-0093 KJM AC, ECF No. 1671; Head II, No. 08-cr-0116 KJM AC, ECF No. 919), the motion for assistance is moot.

      Accordingly, IT IS HEREBY ORDERED that the motion requesting authorization of CJA office assistance (Head I, No. 2:08-cr-0093 KJM AC, ECF No. 1672; Head II, No. 08-cr-0116 KJM AC, ECF No. 920) is DENIED as moot.

DATED: November 22, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE