UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES HEAD,<br><br>Defendant. | No. 2:08-cr-0116 KJM<br><br><br><br>ORDER |

   Defendant Domonic McCarns seeks leave to proceed without prepayment of filing fees, ECF No. 931, and a motion for extension of time to file a memorandum of points and authorities and supporting evidence, ECF No. 932, both in conjunction with his recently filed § 2255 motion to vacate or set aside sentence, ECF No. 930. He has also filed a motion for extension of time

   A party instituting a civil action in a United States district court, except for an application for a writ of habeas corpus, must pay a filing fee of $400.00 and cover the costs of the action proceedings, including service. 28 U.S.C. § 1914. A § 2255 motion, however, is not considered a civil action, but rather a "further step in the movant's criminal case," which does not require a filing fee. *United States v. Frady*, 456 U.S. 152, 182 n.6 (1982) (quoting 28 U.S.C. § 2255 R.1 advisory committee's note to 1976 adoption); *see also* 28 U.S.C. § 2255 R.3 advisory committee's note to 1979 amendment ("[T]here is no need to have a forma pauperis affidavit to

1

proceed with the action since there is no requirement of a fee for filing the motion . . . ."). Therefore, defendant's request for permission to proceed without payment of filing fees, ECF No. 931, is DENIED as moot.

Good cause appearing, the court hereby GRANTS defendant's request for an extension of time. Defendant has 90 days from the date of this order to file a memorandum in support of his § 2255 motion, as well as any supporting evidence that is necessary for the court to rule on that motion.

IT IS SO ORDERED.

DATED: February 10, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE