UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
FEB 18 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES,
Plaintiff
-v-
CHARLES HEAD,
Defendant

CASE Nos.:
2:08-cr-093 KJM AC
2:08-cr-116 KJM AC

REQUEST FOR JUDICIAL NOTICE AND RESENTENCING

Defendant, Charles Head, requests that the Court take judicial notice of the docket of the Superior Court of the State of California, County of Orange, case number 06NF0855 F A (Exhibit A) under Fed. R. Evid. 201, indicating that defendant's conviction for possession of an unregistered assault weapon has been dismissed and defendant is factually innocent. Further, defendant humbly asks that the Court resentence

-1-

Defendant in consideration of the fact that defendant's sentence(s) was based in part on the — now dismissed — state conviction.

Dated: 2/13/2022

Respectfully Submitted,

CHARLES HEAD
Prisoner No. 45494112
F.C.I.
P.O. Box 1000
Cumberland, Md. 21501



EXHIBIT A

# SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTES

Case : 06NF0855 F A
Name : HEAD, CHARLES CHRISTOPHER

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 02/19/21 | 1 | HHELD | Hearing held on 02/19/2021 at 09:30:00 AM in Department C37 for Motion Vacate Judgment. |
| | 2 | OFJUD | Judicial Officer: Jonathan Fish, Judge |
| | 3 | OFJA | Clerk: D. Ibarra |
| | 4 | OFBAL | Bailiff: E. B. Heflin |
| | 5 | OFREP | Court Reporter: Andrea M Chavez |
| | 6 | COVIDLVS | Per applicable law, including Code of Civil Procedure 124, this proceeding is being live streamed as described on the Orange County Court Website. The court notes that we are currently in the COVID-19 pandemic and previous judicial orders issued in that regard. |
| | 7 | COVIDEO | Matter heard by video. |
| | 8 | APTEL2 | Appearance made by Matthew O. Plunkett, Deputy District Attorney, by video. |
| | 9 | APNDC | Defendant not present in Court represented by Matthew Darling, Public Defender. |
| | 10 | WV977 | Defendant's appearance is waived pursuant to Penal Code 977(a). |
| | 11 | CORAC | Court read and considered Motion to Vacate Conviction pursuant to Penal Code section 1473.7(a)(2). |
| | 12 | MONOB | No objection by People. |
| | 13 | TEXT | Both parties agree that the defendant was factually innocent at the time of the plea. |
| | 14 | MOTION | Motion granted. |
| | 15 | MOTBY | Oral motion by Petitioner to withdraw guilty plea. |
| | 16 | MOTION | Motion granted. |
| | 19 | PLWTH | **Defendant's motion to WITHDRAW GUILTY PLEA to count(s) 1 granted.** |
| | 20 | MOTBY | Oral motion by Petitioner to dismiss case. |
| | 21 | MONOB | No objection by People. |
| | 22 | MOTION | Motion granted. |
| | 24 | CDCAS | Case dismissed - pursuant to Penal Code 1385 - Furtherance of justice. |
| | 25 | FDTXT | Court finds that the defendant is factually innocent. |
| | 26 | CPGTO | Certified Copy of Minute Order given to defense counsel |
| | 27 | DOJABS | DOJ Correction Abstract sent. |

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF ORANGE
## MINUTES

Case : 06NF0855 F A
Name : HEAD, CHARLES CHRISTOPHER

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 02/19/21 | 28 | TEXT | All monies to be returned to the defendant. |
| 02/22/21 | 1 | REMVD | Remittance from Receipt Number 4864225 in the amount of $-20.00 voided due to refund. |
| | 2 | BLCXD | Court orders cash bail exonerated. Receipt # 4735313. |
| 03/04/21 | 1 | BLCBRE | Refund transmitted to Auditor Controller in the amount of 20.00 for receipt number 4735313. |
| 03/05/21 | 1 | CSCLS | Case closed. |

I hereby certify the foregoing instrument consisting of 2 page(s) is a true and correct copy of the original on file in this court.

ATTEST: (DATE) MAY 2 5 2021
DAVID H. YAMASAKI, EXECUTIVE OFFICER AND CLERK OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY  , DEPUTY
Linda Zamora

Declaration of Charles Head

CHARLES HEAD states:

1. On 2-14-2022, I placed the attached REQUEST FOR JUDICIAL NOTICE AND RESENTENCING in the mail collection area for legal mail at FCI Cumberland with postage prepaid in an envelope addressed to: Clerk of the Court, U.S. District Court, 501 I Street, Ste. 4-200, Sacramento, CA 95814-2322.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 14, 2022, at Cumberland, Maryland.

CHARLES HEAD
Defendant