**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
CHARLES HEAD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES HEAD,<br><br>　　　　　　　Defendant. | CASE NO. 2:08-CR-00093, 2:08-CR-00116<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RE: CHARLES HEAD'S SECOND MOTION FOR COMPASSIONATE RELEASE** |

　　　　The United States and defendant Charles Head by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule set pertaining to Mr. Head's pro se second motion to reduce sentence or for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 1880.[1]

　　　　The parties agree and stipulate as follows:

　　　　1. On December 26, 2023, Mr. Head's pro se second motion for compassionate release was filed. ECF No. 1880. The primary basis for the motion is that Mr. Head's son, Jayden, has special needs and Jayden's current caregivers, Mr. Head's parents, due to their age and serious health conditions, are unable to continue to care for Jayden.

---

[1] Citations to "ECF No." herein refer to docket entries in case number 2:08-CR-00093.

1

2. On February 20, 2024, the court appointed Ms. Radekin to represent Mr. Head relating to his second motion for compassionate release and to possibly file a supplemental brief supporting his pro se motion, or an amended motion for compassionate release.  ECF No. 1888.

3. On October 1, 2024, the court adopted the parties' request to modify the briefing schedule so that Mr. Head's supplemental brief or amended motion for compassionate release is due on or before November 25, 2024 and the government's opposition or statement of non-opposition is due on or before January 23, 2024.  ECF No. 1910.  At the time of the last stipulation, Ms. Radekin did not yet have all medical records for Mr. Head's parents, Jayden's current caregivers.  At this time Ms. Radekin has all the records, has reviewed them, and has identified the records she intends to provide to the Court.  She intends to file an amended motion for compassionate release with attached exhibits.  At this time, the amended motion is well underway; however, due to the size of the records and Ms. Radekin's caseload in the last 60 days, she was unable to complete all required pleadings and requests an extension of 35 to complete the motion and assemble and file the motion and all attachments.

5. Accordingly, the parties now stipulate the following modification of the briefing schedule: Mr. Head's supplemental brief or amended motion for compassionate release will be filed by **December 30, 2024**, and the government's opposition or statement of non-opposition due on or before **February 28, 2025.**

/ / /

2

| | |
|---|---|
| IT IS SO STIPULATED. | Respectfully submitted, |
| Dated: November 25, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Michael Anderson<br>MICHAEL ANDERSON<br>Assistant United States Attorney |
| Dated: November 25, 2024 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Attorney for Defendant<br>CHARLES HEAD |

## ORDER

IT IS SO ORDERED this 25th day of November 25, 2024.  Mr. Head's supplemental brief or amended motion for compassionate release shall be filed by **December 30, 2024**, and the government's opposition or statement of non-opposition is due on or before **February 28, 2025.**

UNITED STATES DISTRICT JUDGE

3